

# Roseville Joint Union High School District

1750 CIRBY WAY, ROSEVILLE, CALIFORNIA 95661
Office (916) 782-8663 • Fax (916) 786-2681 • E-mail: swilliams@rjuhsd.us

STEPHEN F. WILLIAMS, Assistant Superintendent, Personnel Services

BOARD OF TRUSTEES
JULIE K. HIROTA
SCOTT E. HUBER
GARY T. JOHNSON
PAIGE K. STAUSS
ANDREW C. TAGG

2-10-22

To Whom It May Concern:

My name is Steve Williams, and I am writing this letter of support on behalf of Rick Singer, who I met around 1985 when he was the Encina High School Boys Varsity Basketball Coach and I coached the Grant High School Boys Varsity Basketball Team (both schools in Sacramento, California).

Rick has always been very enthusiastic and passionate with everything he is connected to, and coaching basketball was certainly no exception ("a tightly wound ball of purpose" as some would say). Whether it was at Encina HS, Sierra Junior College, California State University of Sacramento, or Thurgood Marshall Continuation School, Rick has always been "all in" when it comes to his energy, coaching, teaching, and his work ethic (to help students, usually student-athletes of color) realize their full potential.

As one example: Thurgood Marshall Continuation School in Sacramento, an inner city alternative high school, with the majority of the students coming from comprehensive public high schools for academic and discipline related reasons (primarily credit deficiency and gang related involvement).

It would be hard to calculate the number of lives that were "changed for the better forever" because of their time with Rick at Thurgood Marshall, but the number is significant. Teaching English and Physical Education, Rick also organized a sports program that integrated both Crypts and Bloods gang members, creating a safe zone for young boys mainly, who had been caught up in a very dangerous lifestyle (but also for the safety of the student-body and school staff).

Under Rick's leadership, coaching, and teaching, adversarial student groups were able to coexist in a safe environment, practice & compete together on campus, along with competing in a city-wide continuation high school basketball league, with Rick playing the lead role (a significant role) in establishing a positive school culture (first for basketball and later also coed softball) on the Thurgood Marshall campus (that ultimately extended to the outlying neighborhood, improving the safety of an entire community)!

After several years of high school teaching and college basketball coaching, Rick began his highly successful "life coaching" business Future Stars (that later became The Key Worldwide). And even with the success of his business, Rick still felt a strong desire (and need) to stay connected and to continue helping youth of color and socio-economically disadvantaged youth.

**EX. D**

One of those organizations was the Oakland Soldiers, a boys and girls AAU youth basketball program from Oakland, California that competed locally and across the country in high exposure basketball tournaments. Rick's generosity and substantial financial contributions funded large numbers of boys & girls (ages 7-19) participation in the Oakland Soldiers. The Oakland Soldiers organization and the players involved would never have had an opportunity to participate in this nationally recognized basketball program (because of the cost for travel, accommodations, meals; coaches, tournament entry fees, etc.) without Rick's commitment to "make a difference" in the lives of this historically underserved community with his support and extensive funding.

Around seven years ago, I randomly called Rick to tell him about a mutual friend of ours who was being inducted into a Basketball Hall of Fame, and out of the clear blue Rick asked me if I was still running the Sly Park Basketball School. He further stated he wanted to get involved and would provide the week-long basketball experience (that centered on hard work, teamwork, sportsmanship, and respect) for up to twenty (20) boys and girls annually from the Oakland Soldiers program and pay their full tuition for this live-in camp. He also emphatically stated, "If I need to do more Steve, just say the word, these kids also need to have this kind of an opportunity and experience!"

I was taken back by this kindhearted and extremely generous offer, but then the more I thought about it, it dawned on me that this is really who Rick has always been, what he has always represented, and what he has spent so much of his life's work………………..providing opportunities to the underserved and fighting for the underdog.

I also want to add that this basketball camp was a week-long overnight experience, 120 miles away from where the players lived, and proved to be an amazing educational experience for Black and white players to see each other in different light, along with the lasting impact on the adult staff for the two years the scholarship program was in place.

Unfortunately, this scholarship program (sponsored in its entirety by Rick) that helped break barriers of race, diversity, and equity in our little part of the world, ended abruptly when Rick became involved in his legal situation. It was a hard pill to swallow for me (as the director), but also for the players attending who benefitted from the scholarships as well as the other players, my coaches, trainers, and counselors who all benefited from the week-long interactions with each other.

And while Rick deals with what he is facing, I hope others acknowledge he wasn't the only one out there. I say that not to downplay Rick's mistakes, but to highlight what Marlborough School Head of School Priscilla Sands wrote when she stated that the scandal was, "in some ways, the end result we all knew was coming and probably deserved. No one was shocked, but we are all complicit, and it bears holding a mirror and gazing unflinchingly at our reflection."

And although we all know that "misguided passion is no excuse," I hope that all the good work Rick has done for the benefit of underrepresented children of color and poor children will also become part of the conversation that determines the outcome of his mistakes.

My hope and prayer is that those deciding Rick Singer's fate in this college admissions scandal also take into account his years of service, dedication, kindness, love, and the opportunities he has provided to countless youth…………..making THEIR world a better place and in the process also having a positive impact on generations of children to come because of Rick Singer's passion and commitment to serve the underdog.

Thank you for your time.

Sincerely,

*Steve Williams*

Steve Williams

Assistant Superintendent, Personnel Services (Retired 6/2018)
Roseville Joint Union High School District
Roseville, California 95661

Sly Park Fundamental Basketball School (Established 1982)
Founder and Director
Pollock Pines, California 95726
/slyparkbasketball.net