Your Honor,

My name is Pat Adair. I am a homeless person in my fifties struggling day to day to survive in St. Petersburg, Florida. I have been living at Pinellas Hope, the tent city in St Pete's until recently.

I am writing to you in hopes of providing my sincere appreciation and fortunate blessing I have received by meeting and becoming friends with Rick Singer.

Rick and I met when he was paddleboarding near the Gandy Bridge in St Petersburg. I was sitting on a sunken sailboat in the middle of the Gulf after Fish and Wildlife brought back to life. The owner of the boat passed away and I went to the family to ask if I could take ownership of the boat since they had left tied to an anchor with no desire to take responsibility for it once it was sunken.

Rick paddled by and asked if I needed any help. Fortunately, I did not hesitate to speak with Rick and gave him my plan to resurrect the boat and eventually make it into my home and sail away.

Intently, Rick listened to my plan while questioning my options. First, Rick asked me where I live normally. I explained Pinellas Hope (the homeless tent city in St Pete's) but am limited to the number of months I can live there because of their rules. He asked me how I get to shore from the boat I am trying to transform. I explained I swim the 3/4 mile to and from shore daily while dragging my hefty green and white bags with my belongings.

Rick offered me a paddleboard and paddle to use daily to get from the shore and to my boat. The problem I had was once i get to shore I could not lock up the board when I went to Pinellas Hope without it being stolen. Rick offered to bring the board a couple times a week to the Gandy Bridge and then pick it up twice a week until the next time I needed it. Wow, I could not believe someone would help a stranger and go out of his way to deliver and retrieve the board weekly.

Rick came to the Gandy Bridge are several times a week to paddle but also took autistic kids and veterans out on the Gulf under his direction for free utilizing his boards and kayaks. This man made so many people smile and feel good about themselves without any glory but rather he shared in those who participated glory.

Rick continued to support me and took me to several locations in his vehicle to look for new anchoring options while I fixed my sunken and now raised boat. The next huge barrier arised when my boat was vandalized while I was at Pinellas Hope getting my medical situation cared for.I did not have a phone at that time because I could not afford so Rick hired me to do some work around his home in order to pay the $100 dollars to get a phone so I could communicate with others rather than borrowing others phone.

I got a hold of Rick to ask him to help me turn my boat back upright after the vandals punctured the bottom of my boat. He stepped up again and offered me his personal assistance, his pump and a large Kayak to use to transport the materials to fix my boat. I  the mean time, a Fish and Wildlife Officer ticketed me for leaving a sunken boat on the water without raising it. I rode my bike to the offices of Fish and Wildlife and spoke to the folks there. Unfortunately, I could not change my status and had to appear in court on Dec 13, 2021.

Rick took it on himself and went to the F&W offices and tried to connect with the officer to create a solution for me. After a couple days the officer called him back and they came up with a way to cut my potential fine of $10,000 dollars to just court costs. Rick immediately called me and told me what needed to be done in a three day period - raise the boat, take photos, call the officer to get him to visit the my boat once it was raised so he could let the judge know that the issues for getting the tickets should be absolved. Rick helped me get the boat raised, which was very difficult and time consuming.

**EX. G**

At the same time, I was being evicted from Pinellas Hope because I overstayed my welcome by 2 months. I was so scared of living on the streets again. Rick took it upon himself to find me living options other than the street. He called extended hotels, visited others, looked at rooms for rent and went to see those, researched the internet to find an option. After two days, Rick found me a place to live and work but I had to impress the owner that I was reliable and talented enough to do the job. Rick wrote a letter and phoned the owner on my behalf. God blessed me to be convincing enough to get the job and living circumstances. There is no way, I would have come up with the opportunity without Rick's help.

It was not until my housing and job status changed that Rick told me who he was after my continued questioning of why he has helped me and so many others in the area to live better lives.

I now know what Rick did to put himself in a bad situation. In explaining his situation, Rick was extremely remorseful and took full responsibility for his poor judgement. I asked him again why help me? He explained that even before his troubles, Rick spent a considerable amount of time through work and his volunteer activities to help others achieve a better life.

Your Honor, I know that my life would be So different if it were not for Rick's friendship and belief in me.

Thank you

Pat Adair
█████████