January 14, 2022

Judge Rya W. Zobel
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts, 02210

Your Honor:

I met Rick Singer when he moved to the St Petersburg, Florida area. He was very open and easy to talk to on many topics. His situation was the first topic that we discussed. He was very upfront regarding it and stated clearly and quickly that his actions were absolutely wrong, which led to his guilty plea. After he knew I was comfortable understanding his recent past, we continued discussing his expertise in life coaching both for me and my family of five grown kids and several grandchildren. Another central theme we discussed was both of our intense volunteering efforts.

For the past 10 plus years, I have volunteered at a food pantry that is part of St. Vincent DePaul Catholic Charities. My children have also worked in either this food pantry or one in our hometown in Tennessee. I was also an emergency foster parent in TN. So, giving back to others has always been very important to me, and I was very interested in hearing what Rick's activities were. He told me about several of his charitable activities including helping the homeless, assisting disabled veterans and autistic children in learning to paddle board and kayak with his boards and kayaks and helping needy families with weekly hot dinners through a local church.

In one instance, Rick had become involved with a homeless man (Pat) extensively. Rick volunteered a lot time, expertise and hard work many weeks trying to assist Pat with a sunken boat that Pat hoped to repair and live on as his home instead of living on the streets and at Pinellas Hope (St Petersburg's Tent City). Before Pat could finish his repairs, the boat was vandalized, and Rick spent several whole weekends with Pat trying to get the boat upright so that the authorities would not tow it away and destroy the boat. While repairing the boat, Pat was living at the Pinellas Hope shelter, but his time was up and actually overextended by 2 months what was normally allotted, and he was being forced to leave. Rick was trying several avenues to help Pat find shelter to keep him off the streets. Rick spoke with me about Pat and his dire situation. I used my contacts through St. Vincent DePaul Charities and contacted our sister district in St. Petersburg. We spent several days exchanging information on Pat, contacting the shelter and Catholic Charities. In the end, I was not able to help Pat with my contacts but with Rick's perseverance he found a job and living situation for Pat until his salvaged boat could be raised.

Additionally, Rick shared a few other remarkable experiences, but I was not directly involved. I was very moved by one involving a woman who was living on the streets. Rick helped her find a safe place to sleep, and he paid for a small storage unit for a few months so she could have a safe place for her belongings while she went in the hospital after a brown recluse spider bit her. She stayed in the hospital for 12 days for treatment and without Rick's insistence on going to a hospital this woman would have been in danger of losing a limb or life. I can't imagine the relief the woman felt when Rick helped pay and deliver her worldly possessions from a shopping cart to a local storage unit. I'm sure her hospital stay was less stressful knowing her things were safe – thanks to Rick.

**EX. H**

Several times, I have been with Rick taking seniors who have never been on a paddle board or in a kayak to spend several hours on the gulf as a means to get many mature folks out of the house and exercising. He has made his paddle boards and kayaks available to both seniors, veterans and autistic kids with his or her family to use in St Petersburg, Tampa and Clearwater on a weekly basis. Furthermore, he has taken the time to teach all to paddle or kayak correctly despite their fears of their own abilities or the water.

There needs to be more people like Rick who are willing to reach out and do acts of kindness daily.

Sincerely,

*Paige Haggbloom*
Paige Haggbloom