# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

Plaintiff,

v.

WILLIAM RICK SINGER,

Defendant.

CASE NO. 19-cr-10078-1-RWZ

**NOTICE OF DEFENDANT RICK SINGER'S INTENT TO MOVE FOR DEPARTURE FROM THE APPLICABLE GUIDELINE RANGE AND FOR A NON-GUIDELINE SENTENCE**

PLEASE TAKE NOTICE THAT, on January 4, 2023, or as soon thereafter as the matter may be heard in courtroom 12 of the above-titled Court, and pursuant to the Court's Amended Procedural Order re: Sentencing Hearing filed March 13, 2019, ECF. No. 22, defendant William Rick Singer hereby advises the Court of his intent to move for a departure from the applicable Guideline range and for a non-Guideline sentence.

## MEMORANDUM

### I.  Mr. Singer Seeks a Downward Departure.

Upon motion of the government stating that the defendant has provided substantial assistance in the investigation or prosecution of another person who has committed an offense, the court may depart from the Guidelines.

(a) The appropriate reduction shall be determined by the court for reasons stated that may include, but are not limited to, consideration of the following:

(1) the court's evaluation of the significance and usefulness of the defendant's assistance, taking into consideration the government's evaluation of the assistance rendered;

(2) the truthfulness, completeness, and reliability of any information or testimony provided by the defendant;

(3) the nature and extent of the defendant's assistance;

(4) any injury suffered, or any danger or risk of injury to the defendant or his family resulting from his assistance;

(5) the timeliness of the defendant's assistance.

United States Sentencing Commission, *Guidelines Manual* ("USSG"), §5k1.1 (Nov. 2021).

On December 28, 2022, the government filed its Sentencing Memorandum and Motion for Downward Departure Pursuant to Section 5k1.1. ECF No. 91. On December 28, 2022, Mr. Singer also filed his Sentencing Memorandum in this matter. ECF No. 90 ("Sentencing Memo"). That document and related exhibits (unredacted version supplied to the Court) is incorporated herein by this reference. Mr. Singer's arguments in support of a downward departure are provided in his Sentencing Memorandum and specifically addressed at pages 12 – 15 therein. *Id.*

**2.      Mr. Singer Seeks a Non-Guideline Sentence.**

In his Sentencing Memo, Mr. Singer submitted for the Court's consideration arguments in favor of a non-Guideline sentence based upon both the application of a downward departure, *see id.*, and downward variance. *Id.* at 15 - 20.

/ / /

Pursuant to 18 U.S.C. section 3553(a),

The court shall impose a sentence sufficient, but not greater than necessary, to comply with the purposes set forth in paragraph (2) of this subsection. The court, in determining the particular sentence to be imposed, shall consider—

> (1) the nature and circumstances of the offense and the history and characteristics of the defendant;
>
> (2) the need for the sentence imposed—
>
>> (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;
>>
>> (B) to afford adequate deterrence to criminal conduct;
>>
>> (C) to protect the public from further crimes of the defendant; and
>>
>> (D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;
>
> (3) the kinds of sentences available;
>
> (4) the kinds of sentence and the sentencing range established for—
>
>> (A) the applicable category of offense committed by the applicable category of defendant as set forth in the guidelines—
>>
>>> (i) issued by the Sentencing Commission pursuant to section 994(a)(1) of title 28, United States Code, subject to any amendments made to such guidelines by act of Congress (regardless of whether such amendments have yet to be incorporated by the Sentencing Commission into amendments issued under section 994(p) of title 28); and
>>>
>>> (ii) that, except as provided in section 3742(g), are in effect on the date the defendant is sentenced; or
>>
>> (B) in the case of a violation of probation or supervised release, the applicable guidelines or policy statements issued by the Sentencing Commission pursuant to section 994(a)(3) of title 28, United States Code, taking into account any amendments

made to such guidelines or policy statements by act of Congress (regardless of whether such amendments have yet to be incorporated by the Sentencing Commission into amendments issued under section 994(p) of title 28);

(5) any pertinent policy statement—

(A) issued by the Sentencing Commission pursuant to section 994(a)(2) of title 28, United States Code, subject to any amendments made to such policy statement by act of Congress (regardless of whether such amendments have yet to be incorporated by the Sentencing Commission into amendments issued under section 994(p) of title 28); and

(B) that, except as provided in section 3742(g), is in effect on the date the defendant is sentenced.[1]

(6) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and

(7) the need to provide restitution to any victims of the offense.

Mr. Singer's arguments in support of a downward variance are provided in his Sentencing Memo and specifically addressed at pages 15 - 20. ECF No. 90, Sentencing Memo.

## CONCLUSION

For the foregoing reasons, it is respectfully requested that the Court grant a downward departure to Mr. Singer order him to serve a non-Guideline sentence.

Respectfully submitted,

Date: December 30, 2022

/s/ *Candice L. Fields*
CANDICE L. FIELDS
Candice Fields Law, PC
*Admitted Pro Hac Vice*
cfields@candicefieldslaw.com
(916)414-8050
Attorney for Defendant William Rick Singer

Dated: December 30, 2022

/s/ *A. Neil Hartzell*
A. NEIL HARTZELL, BBO #544752
Freeman Mathis & Gary, LLP
neil.hartzell@fmglaw.com
(617) 963-5966
Neil.Hartzell@fmglaw.com
Attorney for Defendant William Rick Singer

## CERTIFICATE OF SERVICE

I, Candice L. Fields, hereby certify that on December 30, 2022, this document was filed through the CM/ECF system and will be sent electronically to all registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Candice L. Fields*
Candice L. Fields