# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM SINGER,<br><br>Defendant | Cr. No. 19-10078-RWZ |

## THIRD PARTY PETITION OF JOHN WILSON

Pursuant to 21 U.S.C. § 853(n), Rule 32.2(c) of the Federal Rules of Criminal Procedure, and Federal Rule of Civil Procedure 60(b), Petitioner John Wilson hereby requests that this Court vacate the Final Order of Forfeiture entered on February 5, 2020 and amend the Preliminary Order of Forfeiture entered on September 12, 2019 to the extent they purport to forfeit $1 million and accrued interest of which Mr. Wilson is the rightful owner, and direct the United States to return such property to Mr. Wilson. In support of his Petition, Petitioner John Wilson declares the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. On October 15, 2018 and December 11, 2018, at Defendant William Singer's direction, I made two transfers of $500,000 to a Bank of America account in the name of the Key Worldwide Foundation ending in x0486 (the "Account"), for a total of $1 million (the "Wilson Funds"). I was the owner of the Wilson Funds at the time I transferred them, and I remain the owner of the Wilson Funds.

2. Mr. Singer represented to me that he would merely hold the Wilson Funds in the Account temporarily, and would subsequently donate them in their entirety to particular universities chosen by me, specifically Harvard University and Standard University. It was based

on that express agreement that I transferred the Wilson Funds to the Account. At no time did I ever transfer ownership of the Wilson Funds to Mr. Singer or Key Worldwide Foundation. To the extent the Wilson Funds were not donated to the specified universities, they should have been returned to me.

3. I have since been informed that Mr. Singer never intended to transfer the Wilson Funds to the universities, and falsely represented and agreed that he would do so at the direction of law enforcement in order to induce me to transfer the Wilson Funds. But for Mr. Singer's false representations and agreement to donate the Wilson Funds to the universities I selected, I would never have transferred them to the Account.

4. I have also since been informed that the Wilson Funds were included in the Preliminary Order of Forfeiture and Final Order of Forfeiture in this case under the description "All funds on deposit in Bank of America checking account in the name of the Key Worldwide Foundation ending in x4086." I did not receive any notice from the United States of the forfeiture of the Wilson Funds in these proceedings, and I was not otherwise aware of the purported forfeiture until the United States filed its opposition to my motion seeking the return of my funds on August 7, 2023.

Respectfully submitted,

*/s/ John Wilson*
JOHN WILSON

Date: August 18, 2023
Hyannis Port, MA