UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES,<br>v.<br><br>WILLIAM RICK SINGER,<br><br>        Defendant. | 1:19-cr-10078-DJC |

### DEFENDANT WILLIAM RICK SINGER'S NOTICE OF APPEAL

William Rick Singer hereby appeals from the Court's order of December 24, 2025.  Mr. Singer contemporaneously will be filing a motion to stay the Court's order pending the outcome of his appeal.

                                                                Respectfully submitted,

                                                                */s/ Aaron M. Katz*
                                                                Aaron M. Katz
                                                                AARON KATZ LAW LLC
                                                                399 Boylston Street, 6th Floor
                                                                Boston, MA 02116
                                                                (617) 915-6305
                                                                akatz@aaronkatzlaw.com

                                                                *Counsel for William Rick Singer*

DATED: December 24, 2025

1

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing memorandum was served on the government counsel via the CM/ECF system on December 24, 2025.

                                                      */s/ Aaron M. Katz*